United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,                     No. C 12-2845 WHA (PR)

            Plaintiff,                     **ORDER OF TRANSFER**

vs.

WARDEN CALIFORNIA MEN'S
COLONY; WARDEN CALIFORNIA
MEDICAL FACILITY, et al.,

            Defendants.
_____/

            This is a civil rights case brought pro se by a state prisoner incarcerated at the California

Men's Colony East ("CMC").  He complains about events occurring at the California Medical

Facility ("CMF"), where he was formerly housed, at CMC.  Defendants are located at CMC and

CMF.  CMC and CMF are located within the venue of the United States District Court for the

Eastern District of California.  Venue for this case is therefore proper in the Eastern District.

*See* 28 U.S.C. 1391.  Accordingly, and in the interests of justice, this case is **TRANSFERRED** to

the United States District Court for the Eastern District of California.  *See* 28 U.S.C. 1404(a),

1406(a).  The clerk shall transfer this matter forthwith.

            **IT IS SO ORDERED.**

Dated: June__11__, 2012.                   _____
                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE

N:\OVERTON2845.TRN.wpd